UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| MICHAEL GRAY | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:13-1434 |
| | ] | Judge Sharp |
| UNITED STATES OF AMERICA | ] | |
|     Respondent. | ] | |


**O R D E R**

On June 12, 2014, an order (Docket Entry No.27) was entered dismissing the instant *pro se* § 2255 habeas corpus action.

Since the entry of this order, the petitioner has filed a Motion for a Certificate of Appealability (Docket Entry No.39), a Notice of Appeal (Docket Entry No.40), and an application to proceed on appeal in forma pauperis (Docket Entry No.41).

In the order of dismissal, the Court determined that a Certificate of Appealability should not issue. 28 U.S.C. § 2253(c). The petitioner has since offered nothing to show that this determination was made in error. Therefore, petitioner's Motion for a Certificate of Appealability is DENIED.

Having determined that it would not be appropriate to issue a Certificate of Appealability, an appeal would not be brought in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, petitioner's

1

application to proceed on appeal in forma pauperis is hereby DENIED.

The Clerk shall forward a copy of this order to the Clerk of the Sixth Circuit Court of Appeals.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge